UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DANIEL GARCIA,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>MAURICE JUNIOUS, Warden,<br><br>　　　　Respondent. | NO. CV 11-6761-MMM (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, records on file, and the Report and Recommendation of the magistrate judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the magistrate judge.

　　　　Petitioner argues that he was charged with kidnapping and the associated crime of evading police. (Objections at 4-7.) Petitioner is incorrect. Petitioner was charged with a kidnapping on January 26, 2007 and was charged separately with resisting an executive officer on January 30, 2007. (Lodged Document 1 at 75-76.)

　　　　Petitioner's remaining objections are without merit.

1        IT IS ORDERED that judgment be entered denying the petition and dismissing this action with prejudice.

DATED: May 9, 2014

                                  *Margaret M. Morrow*
                                  MARGARET M. MORROW
                                  United States District Judge